Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa
Des Moines Division

| | |
|---|---|
| Matthew Rinehart<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Arie Pack<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: (check one) ☒ Yes ☐ No<br><br>RECEIVED<br>MAR 13 2023<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF IOWA |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Matthew Rinehart #58433-509
   Street Address: Forrest City FCI-Low, P.O. Box 9000
   City and County: Forrest City + St. Francis
   State and Zip Code: Arkansas + 72336-9000
   Telephone Number: N/A
   E-mail Address: N/A

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Arie Pack
- Job or Title (if known): N/A
- Street Address: 2816 Ashland ct.
- City and County: Altoona, Polk
- State and Zip Code: Iowa, 50009
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 2
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_U.S. Code Title 18, Part 1, Chapter 13 250 Sections 2241 224_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* __Matthew Rinehart__, is a citizen of the State of *(name)* __Arkansas__.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* __N/A__, is incorporated under the laws of the State of *(name)* __N/A__, and has its principal place of business in the State of *(name)* __N/A__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* __Arie Pack__, is a citizen of the State of *(name)* __Iowa__. Or is a citizen of *(foreign nation)* __N/A__.

    b.    If the defendant is a corporation

The defendant, *(name)* ___N/A___ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Because the damages are equal to $1,000,000.00 USD

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant, who was intrusted with my care, rape, molested, and sexually molested me. I was a minor child at the time of the incident. Defendant is the Grandfather of Plaintiff.
SEE ATTACHED AFFADAVITS

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_$1,000,000.00/USD, Civil Accountability._

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/09/2024

Signature of Plaintiff: _matt _____
Printed Name of Plaintiff: Matthew Rinehart

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:
Page 5 of 5

## AFFADAVIT

I, Jennifer Rinehart, Spouse of Matthew Rinehart, do hereby provide this statement of my own free will, not under duress, coercion, or threats, on the 20th day of February, 2023:

1. The first time I interacted with Matthew's Grandfather (Arie Pack), was December 24th, 2018. Matthew Rinehart's Grandfather made me feel uncomfortable to be alone with my Children. Due to how he was looking at my kids and hugged them for an extremely long time, with him just meeting them. I did not mention any of that to my Husband Matthew, but due to me not having any facts I would not allow my Children out of my sight. At this point of time, Matthew had not told me about his Grandfather.

2. In May of 2019, Matthew was acting stressed and upset while typing away on his phone. Although he would not tell me why, so when he got up to take a shower, out of concern, I looked at his phone. I went into his emails and seen an e-mail from his Grandfather that was unsettling. It mentioned how he missed the old times & of sharing sexual experiences. Aria had said how big Matthew's penis was when he was a child. He then asked Matthew to send him some pictures. Apparently Matthew went ahead and sent him nude pics of Children. My Husband begged his Grandfather to stop asking him to do inappropriate things, and let him know it was making him uncomfortable. My Husband came out of the shower, saw that I was crying, he asked me what was wrong, and I handed him back his phone. He apologized to me, we changed the subject, and we blocked his Grandfather on all possible communication platforms.

3. Approximately one month later, I asked Matthew if we could talk about what happened. A little at a time he opened up about the sexual abuse that happened to him as a Child. Matthew told me that his Grandfather used to take him to a cabin by the lake, which he owned. He would take him fishing, then would molest him. He would do things to Matthew, and then require that Matthew do the same act back to him. My husband told me that his Grandfather had been contacting him on and off throughout the years before we got into a relationship.

4. In May of 2021, my house was raided by the FBI, and I was informed of the charges that were in question. Matthew had allegedly been sending child pornography back/forth into other Countries. Naturally, I was quite furious, Matthew told me that he was attempting to catch others in the same act. Matthew also expressed confusion and told me that he needed help with his issue(s).

Notary Stamp Here:
TERESA M MADISON
Commission Number 822619
My Commission Expires
IOWA

Signed,
Jennifer Rinehart

Signed: _____  My Commission Expires 12/21/24

## AFFADAVIT

I, Matthew Rinehart, do hereby provide this statement of my own free will, not under duress, coercion, or threats, on the 20th day of February, 2023:

In June of 1997, I went on a fishing trip to my Grand Father's lake cabin, where we spent time together fishing. That particular night my Grand Father asked how old I was & I responded that I was ten. Then he asked me if I ever masturbated before, I told him no, he then said he would teach me and that is the first time I was molested. After that anytime I went to his house, or on our special fishing trips, that's what we did most of it was oral. This occurred on various different holidays: for example: Christmas, Easter, etc.. It did not matter when, if I was there, it was going to happen. I stopped going to my Grand Father's as soon as I was old enough to make the decision for myself (around 13/14 years old). After I became an Adult, my Grand Father got my e-mail address and he e-mailed me, wanting to get back together for more "fun", as he put it. By this time I was so used to giving into what he wanted, I would say, "Okay", but nothing ever came of it-thankfully! In June of 2019, he e-mailed me again asking for pictures, which physically upset me, and which later my Wife (Jennifer) saw, on my phone, as I was in the shower & away from my phone. After I stepped out of the shower, I noticed my Wife crying, and when I approached her, she told me that she went through my phone (e-mail). We talked about the incident, I revealed everything that my Grand Father did to me, naturally I had a great sense of guilt, and I had always wanted to protect her from that part of my past.

Signed,

*Matthew Rinehart* (signature)

Matthew Rinehart

Notary Stamp Here:
**CASE MANAGER, AUTHORIZED BY ACT OF JULY 7, 1955, AS AMENDED TO ADMINISTER OATHS (18 USC 4004).**

Signed: _(signature)_    My Commission Expires  N/A  /____



**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

*Forrest City, AR 72335*

MEMORANDUM FOR     ALL CONCERNED

FROM:              J. VanLandingham, Case Manager

SUBJECT:           Administering Oaths and Acknowledgments


While state and local laws may often refer only to a ***notary public*** (or similar officials) because they are the only officials authorized by *state law* to administer oaths and witness signatures, **Federal law also authorizes certain Bureau officials to perform such functions in Federal prisons.**

Title 18 U.S.C. ' 4004 provides:

> **"The Wardens and Superintendents, Associate Wardens and Superintendents, Chief Clerks, and Record clerks, of Federal penal or correctional institutions, may administer oaths to and take acknowledgments of officers, employees, and inmates of such institutions, but shall not demand or accept any fee or compensation therefor."** (Pursuant to Program Statement 1315.07. institution Case Managers are considered to be chief clerks.)

The following shall be the wording of the stamps used to administer oaths and witness signatures:

>    J. VanLandingham   ,    Case Manager   ,
> Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 U.S.C. ' 4004).

The witnessing of a person's signature in no way is a representation by the witness as to the validity of the material or its contents, but is an indication the document has been signed by the individual whose signature appears thereon.

Each person issued a stamp is responsible for its control and safekeeping, so it will not be available to unauthorized persons.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Matthew Rinehart
*Plaintiff(s)*

v.  Civil Action No.

Arie Peck
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Arie Peck
2816 Ashland Ct.
Altoona, IA 50009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Rinehart #58433-509
Forrest City FCI-Low
P.O. Box 9000
Forrest City, AR 72336-9000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Arie Pack**

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Matthew Rinehart

**(b)** County of Residence of First Listed Plaintiff: St. Francis, Arkansas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

US Case
RECEIVED
MAR 13 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

### DEFENDANTS
Arie Pack

County of Residence of First Listed Defendant: Polk
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Unknown

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only) N/A

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | [x] 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. Title 18, Part 1, Chapter 13, 250, Sections 2241-2242

Brief description of cause: Sexual Assault, Molestation, Rape

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1,000,000.00 USD
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)* JUDGE N/A DOCKET NUMBER N/A

DATE: 3/08/2023
SIGNATURE OF ATTORNEY OF RECORD: N/A

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Matthew Rinehart # 58433-509
Forrest City FCI - Low
P.O. Box 9000
Forrest City, Arkansas 72336-9000

MEMPHIS PDC 381
THU 09 MAR 2023 AM

"X-RAYED & CLEARED BY U.S.M.S. BKM

Southern District of Iow
District Court
Attention: Clerk
123 East Walnut Street
Suite 300
Des Moines, Iowa 50309